```
                                    United States Bankruptcy Court
                                    Western District of Washington
In re:                                                                         Case No. 19-42479-BDL
Celeste Star Bryant                                                            Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0981-3          User: admin                 Page 1 of 2            Date Rcvd: Jul 31, 2019
                              Form ID: 309A               Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2019.
```
db            +Celeste Star Bryant,    25103 Ash Pl.,    Ocean Park, WA 98640-4105
956672178     +ALAN SMITH,    DYNAMIC COLLECTORS ASSIGNEE,     790 S. MARKET BLVD,    Chehalis, WA 98532-3420
956672179     +ASCEDIUM,    2501 INTERNATIONAL LN,    Madison, WI 53704-3180
956672182     +CMRE Financial Services Inc,     3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
956672183     +Columbia Memorial Hospital,     2111 Exchange St,    Astoria, OR 97103-3329
956672184     +Commonwealth Fin Sys,    245 Main St,    Scranton, PA 18519-1641
956672186     +DISCOVERY COAST EMERGENCY,     174 FIRST AVE,    Ilwaco, WA 98624-9137
956672188     +Equifax,    PO BOX 30272,    Tampa, FL 33630-3272
956672190     +Experian,    Profile Maintenance,    PO BOX 9558,    Allen, TX 75013-9558
956672194     +MIRIEL SILVA,    29007 N ST,    Ocean Park, WA 98640-4866
956672195     +Ocean Beach Hospital,    174 FIRST AVE NORTH,    Ilwaco, WA 98624-9137
956672196     +Ocean Beach Medical Clinic,     176 1st Ave N/PO Box N,    Ilwaco, WA 98624-0319
956672197     +Pacific County District Court,     South Division PCDC,    802 Pacific Ave S,
                Long Beach, WA 98631-3541
956672200     +ST JOHNS EMERGENCY PHYSICIANS,     PO BOX 101519,    Pasadena, CA 91189-0009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: stopdebt@gmail.com Aug 01 2019 01:57:18      Susan H. Seelye,    Brown & Seelye PLLC,
                744 S Fawcett Ave,    Tacoma, WA  98402
tr            +EDI: BDATHACKER.COM Aug 01 2019 05:48:00      Don Thacker,    PO Box 118,
                La Center, WA 98629-0118
smg            EDI: WADEPREV.COM Aug 01 2019 05:49:00      State of Washington,    Department of Revenue,
                2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
ust           +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Aug 01 2019 01:57:39      United States Trustee,
                700 Stewart St Ste 5103,    Seattle, WA 98101-4438
956672180     +E-mail/Text: dl-csgbankruptcy@charter.com Aug 01 2019 01:58:31      CHARTER COMMUNICATIONS,
                PO BOX 60188,    Los Angeles, CA 90060-0188
956672181     +Fax: 602-659-2196 Aug 01 2019 07:07:15      Chexsystems,    Attn: Customer Relations,
                7805 Hudson Rd Ste 100,    Saint Paul, MN 55125-1703
956672185     +E-mail/Text: DCTCOURT@CO.COWLITZ.WA.US Aug 01 2019 01:57:40      Cowlitz County District Court,
                312 SW First Ave Room 207,    Kelso, WA 98626-1797
956672187     +E-mail/Text: DCISERVE2@QWESTOFFICE.NET Aug 01 2019 01:58:26      Dynamic Collectors Inc,
                790 S Market Blvd,    Chehalis, WA 98532-3420
956672189     +E-mail/Text: bknotice@ercbpo.com Aug 01 2019 01:57:52      ERC,    PO BOX 23870,
                Jacksonville, FL 32241-3870
956672191     +E-mail/Text: fairwaycollections@yahoo.com Aug 01 2019 01:58:24      Fairway Collections,
                1126 S Gold St #101,    Centralia, WA 98531-3768
956672192     +E-mail/Text: lnormandin@co.pacific.wa.us Aug 01 2019 01:58:27      ILWACO MUNICIPAL COURT,
                7013 SANDRIDGE RD,    Long Beach, WA 98631-4703
956672193     +EDI: IRS.COM Aug 01 2019 05:48:00      Internal Revenue Service,    PO BOX 7346,
                Philadelphia, PA 19101-7346
956672198     +E-mail/Text: dee@pendrickcp.com Aug 01 2019 01:58:06      Pendrick Capital Partners,
                4 Glens Falls Technical Park,    Glens Falls, NY 12801-3861
956672199     +E-mail/Text: bknotices@professionalcredit.com Aug 01 2019 01:58:04       Professional Credit Serv,
                400 International Way,    Springfield, OR 97477-7004
956672201      E-mail/Text: DASPUBREC@transunion.com Aug 01 2019 01:57:27      Transunion,    555 West Adams St,
                Chicago, IL 60611
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2019                                          Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2019 at the address(es) listed below:

        Don  Thacker    dat7law@gmail.com, WA32@ecfcbis.com  
        Susan H. Seelye    on behalf of Debtor Celeste Star Bryant stopdebt@gmail.com, ignbands@gmail.com;browner80299@notify.bestcase.com  
        United States Trustee    USTPRegion18.SE.ECF@usdoj.gov  

        TOTAL: 3

| | Information to identify the case: | | |
|---|---|---|---|
| Debtor 1: | Celeste Star Bryant | Social Security number or ITIN: | xxx–xx–5600 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Western District of Washington | Date case filed for chapter: | 7    7/31/19 |
| Case number: | 19–42479–BDL | | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/2017

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Celeste Star Bryant | |
| 2. | **All other names used in the last 8 years** | aka Celeste Star Akers | |
| 3. | **Address** | 25103 Ash Pl. Ocean Park, WA 98640 | |
| 4. | **Debtor's attorney** Name and address | Susan H. Seelye Brown & Seelye PLLC 744 S Fawcett Ave Tacoma, WA 98402 | Contact phone 253–573–1958 Email: stopdebt@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Don Thacker PO Box 118 La Center, WA 98629 | Contact phone 360 841 7093 |
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 1717 Pacific Avenue Suite 2100 Tacoma, WA 98402 | Hours open 8:30 am – 4:30 pm Monday – Friday Contact phone 253–882–3900 Date: 7/31/19 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| Debtor **Celeste Star Bryant** | | Case number **19–42479–BDL** |

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 4, 2019 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Vancouver Federal Building, 500 West 12th, Second Floor, Vancouver, WA 98660** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/4/19** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. <br> If your claim is secured by a security interest in the debtor's principal residence, see Fed. R. Bankr. P. 3002(c)(7) for claim filing deadlines. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Notice of Potential Dismissal

If the debtor fails to file required schedules, statements or lists within 15 days from the date the petition is filed, or object to dismissal of the case indicating why dismissal is not appropriate, the case may be dismissed without further notice. If the Debtor(s) fails to appear at the meeting of creditors, the U.S. Trustee may apply for an order of dismissal without further notice.

Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov OR (2) Debtors can register for DeBN by filing local form DeBN Request Form with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you court–issued notices and orders by email.